**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CATR CO., LTD., | Case No. 1:14-cv-2149 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | Magistrate Judge Sidney I. Schenkier |
| IPMEDIA HOLDINGS, INC. d/b/a CUSTOM USB and CUSTOMUSB.COM, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff CATR Co., Ltd. ("CATR") and Defendant IPMedia Holdings, Inc. ("IPMedia"), by their undersigned attorneys, hereby stipulate and agree to entry of an order dismissing, with prejudice, each of CATR's claims and IPMedia's counterclaims, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

Respectfully submitted, this 2nd day of July, 2014.

/s/ *Robert A. Conley*
Christopher J. Lee
clee@nshn.com
Robert A. Conley
rconley@nshn.com
Daniel R. Ferri
dferri@nshn.com
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

***Attorneys for CATR Co., Ltd.***

/s/ *Stan C. Sneeringer*
Stan C. Sneeringer
ssneeringer@pedersenhoupt.com
PEDERSEN & HOUPT, P.C.
161 North Clark Street, Suite 3100
Chicago, IL 60601
Tel: (312) 641-6888
Fax: (312) 261-1238

***Attorney for IPMedia Holdings, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2014 the foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

> Stan C. Sneeringer
> ssneeringer@pedersenhoupt.com
> PEDERSEN & HOUPT, P.C.
> 161 North Clark Street, Suite 3100
> Chicago, IL 60601
> Tel: (312) 641-6888
> Fax: (312) 261-1238
>
> ***Attorney for IPMedia Holdings, Inc.***

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

> /s/ *Robert A. Conley*
> ***Attorney for Plaintiff, CATR Co., Ltd.***
> NIRO, HALLER & NIRO